In the Matter of the Claim of IDA M. SMITH, Respondent, v. COUNTY OF ERIE, Appellant. WORKMEN'S COMPENSATION BOARD, Respondent.—

Present — Coon, J. P., Gibson, Herlihy, Reynolds and Taylor, JJ.